**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAL ALGIERI,**

                **Plaintiff,**

**-vs-**                                        **Case No. 6:08-cv-1610-Orl-31DAB**

**ANNE C. CONWAY,**

                **Defendant.**

## ORDER

The Plaintiff, Sal Algieri ("Algieri"), has filed a document (Doc. 1) objecting to Judge Conway's rejection of his application for *in forma pauperis* status. This document was clearly intended to be added to the docket in one of the other half dozen cases Algieri has already filed in this division. However, Algieri did not include a case number in the heading of the document. As a result, the Clerk's office treated it as a brand new filing and instituted a new case – Case Number 6:08-cv-1610-Orl-GAP-DAB – for it. This case will be closed, as was the fate of all but one of Algieri's recent filings. Any future filings by Algieri must include the proper case number in the document's heading, which should resemble the heading at the top of this page. (The Court notes that the single case previously filed by Algieri that remains open is Case Number 6:08-cv-766-GAP-GJK, the first suit he filed in this division.) Any failure to include the proper case number – presumably "Case Number 6:08-cv-766-GAP-GJK" – may result in sanctions, including but not limited to the document being stricken without further notice.

In his filing, Algieri contends that Judge Conway's denial of his application for *in forma pauperis* status was incorrect, as he had already been granted that status by the Court of Appeals. (Doc. 1). In support, the Plaintiff attaches a 2006 letter from the clerk of the Third Circuit Court of Appeals stating that Algieri's motion for *in forma pauperis* status has been granted. (Doc. 1-2). However, this Court is part of the Eleventh Circuit, rather than the Third Circuit, and a decision by the Third Circuit in another case is not binding on this Court. In addition, the fact that someone merited *in forma pauperis* status two years ago in another case does not necessarily mean that they warrant that status today. The Court concludes that Algieri has failed to demonstrate that he is entitled to *in forma pauperis* status.

In consideration of the foregoing, this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 7, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party